UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP ROSSIELLO,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No: 2:17-cv-5264 PA (AGRx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |

# **O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed *without* prejudice.

**IT IS SO ORDERED.**

Dated: October 20, 2017

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT COURT JUDGE